UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIFTH THIRD BANK, an Ohio banking corporation,

    Plaintiff,

CASE NO. 8:11-CV-2206-T-17TBM

v.

ALAEDIN & MAJDI INVESTMENTS, INC., a Florida corporation; ALAEDIN FALASIRI; MAJDI FALASIRI; et al.,

    Defendants.
_____/

## ORDER APPROVING JOINT STIPULATION ON PARTIAL RELEASE OF RENTS

THIS CAUSE came for consideration upon a Joint Stipulation on Partial Release of Rents. The Court having considered the matter together with the entire record, and being otherwise fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that:

1. The Clerk shall release the sum of $22,308.21 (the "Released Funds") from the Court Registry to the trust account of The Davis Law Firm, to pay the following bills (the "Bills"):

    a. $16,413.48: 2011 Real Estate Taxes;
    b. $618.66: Otis Elevator Company;
    c. $141.07: AT&T; and
    d. $5,135.00 All Secure.

2. The Bills shall be paid within ten (10) days of receipt of the Released Funds and The Davis Law Firm shall provide to Plaintiff's counsel proof of such payment.

DONE AND ORDERED Tampa, Florida this 26th day of June, 2012.

U.S. District Court Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Conformed copies furnished to:
    E. Ashley McRae, Esq.
    Kurt Davis, Esq.
    Gerardi Construction, Inc.
    Phillip Gerardi
    Roger Nelson
    H.I.S. Computermation, Inc.
    Bioscrip Pharmacy, Inc.
    WI Acquisition, Inc. & Pure Healthy Back, Inc.