UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIFTH THIRD BANK, an Ohio banking corporation,

    Plaintiff,

CASE NO. 8:11-CV-2206-T-17TBM

v.

ALAEDIN & MAJDI INVESTMENTS, INC., a Florida corporation; ALAEDIN FALASIRI; MAJDI FALASIRI; et al.,

    Defendants.

_____/

**ORDER APPROVING SECOND JOINT
STIPULATION ON PARTIAL RELEASE OF RENTS**

THIS CAUSE came for consideration upon the Second Joint Stipulation on Partial Release of Rents. The Court having considered the matter together with the entire record, and being otherwise fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that:

1. The Clerk shall release the sum of $2,132.64 (the "Released Funds") from the Court Registry to the trust account of The Davis Law Firm, to pay the following bills (the "Bills"):

    a. $309.18: AT&T;

    b. $201.83: All Secure; and

    c. $1,621.63: The Davis Law Firm for reimbursement for the following payments previously made on behalf of ALAEDIN & MAJDI INVESTMENTS, INC.:

        (i)    $561.00: Otis Elevator;

        (ii)   $164.82; AT&T; and

        (iii)  $895.81: Orlando Utilities.

2. The Bills shall be paid within ten (10) days of receipt of the Released Funds and

The Davis Law Firm shall provide to Plaintiff's counsel proof of such payment.

DONE AND ORDERED Tampa, Florida this 18th day of SEPT, 2012.

*/s/ Elizabeth A. Kovachevich*
U.S. District Court Judge
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Conformed copies furnished to:
    E. Ashley McRae, Esq.
    Kurt Davis, Esq.
    Gerardi Construction, Inc.
    Phillip Gerardi
    Roger Nelson
    H.I.S. Computermation, Inc.
    Bioscrip Pharmacy, Inc.
    WI Acquisition, Inc. & Pure Healthy Back, Inc.