UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIFTH THIRD BANK,

    Plaintiff,

vs.

ALAEDIN & MAJDI INVESTMENTS, INC.,
ALAEDIN FALASIRI, MAJDI FALASIRI,
SHIRAZ ORIENTAL RUG GALLERY, INC.,
GERARDI CONSTRUCTION, ROGER NELSON,
HIS COMPUTERMATION, INC., BIOSCRIPT
PHARMACY, INC., WI ACQUISITION, INC.,
PURE HEALTHY BACK, INC., AND
UNKNOWN TENATNS 1 THROUGH 4,

    Defendants.
_____/

Case No. 8:11-cv-02206-EAK-TBM

### ORDER GRANTING JOINT MOTION ON PARTIAL RELEASE OF RENTS

THIS CAUSE came on for consideration upon the Joint Motion for Entry of a Court order Directing Clerk of the Court to Release Funds from the Court Registry ("Motion") (Doc No. 80). The Court having considered the matter together with the entire record, and being otherwise fully advised in the premises, it is thereupon

ORDERED AND ADJUDGED that:

1.    The Joint Motion for Entry of a Court order Directing Clerk of the Court to Release Funds from the Court Registry (Doc. No. 85) is hereby granted.

2. The Clerk of the Court is hereby directed to release to Defendant, Alaedin & Majdi Investments, Inc., c/o Ala Falasiri, 3105 Bay to Bay Boulevard, Tampa, Florida 33629 the sum of $6,035.00 from the Court Registry, which amount represents the rent received from the Walgreen Company on December 4, 2012.

DONE AND ORDERED in Tampa, Florida on December 10, 2012.

U.S. District Court Judge

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

cc:
E. Ashley McRae, Esq.
Alberto F. Gomez, Jr., Esq.
Kurt Davis, Esq.
Gerardi Construction, Inc.
Phillip Gerardi
Roger Nelson
HIS Computermation, Inc.
Bioscrip Pharmacy, Inc.
Walgreen Company
WI Acquisition, Inc. & Pure Healthy Back, Inc.

F:\Shared Office Files\Shiraz\Fifth Third v Shiraz\Order on Joint Motion to Release Walgreen Rent 12-06-12.doc

2