UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIFTH THIRD BANK, an Ohio banking corporation,

   Plaintiff,         CASE NO. 8:11-CV-2206-T-17TBM

v.

ALAEDIN & MAJDI INVESTMENTS, INC., a Florida
corporation; ALAEDIN FALASIRI; MAJDI FALASIRI;
*et al.*,

   Defendants.
_____/

## AGREED ORDER GRANTING JOINT
## STIPULATION ON RELEASE OF RENTS

  THIS CAUSE came for consideration upon the Joint Stipulation on Release of Rents. The Court having considered the matter together with the entire record, and being otherwise fully advised in the premises, it is thereupon

  ORDERED AND ADJUDGED that:

  The Clerk shall release all of the funds in this case from the Court Registry to Fifth Third Bank and mail same to Fifth Third's legal counsel as follows:

    Carey, O'Malley, Whitaker & Mueller, P.A.
    Attn: E. Ashley McRae, Esq.
    712 S. Oregon Avenue
    Tampa, Florida 33606

DONE AND ORDERED Tampa, Florida this 11th day of June, 2013.

         U.S. District Court Judge
         ELIZABETH A. KOVACHEVICH
         UNITED STATES DISTRICT JUDGE

Conformed copies furnished to:
E. Ashley McRae, Esq.
Kurt Davis, Esq.
Gerardi Construction, Inc.
Phillip Gerardi
Roger Nelson

H.I.S. Computermation, Inc.
Bioscrip Pharmacy, Inc.
WI Acquisition, Inc. & Pure Healthy Back, Inc.