UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIFTH THIRD BANK, an Ohio banking corporation,

    Plaintiff,                                       CASE NO. 8:11-CV-2206-T-17TBM

v.

ALAEDIN & MAJDI INVESTMENTS, INC.,
a Florida corporation; ALAEDIN FALASIRI;
MAJDI FALASIRI; *et al.*,

    Defendants.
_____/

## STATUS REPORT

Plaintiff, FIFTH THIRD BANK ("Bank") files this Status Report pursuant to this Court's Order dated July 16, 2014 and states as follows:

    1.    On September 28, 2011, the Bank filed suit against Alaedin & Majdi Investments, Inc. ("Borrower") and Alaedin Falasiri, Majdi Falasiri and Shiraz Oriental Rug Gallery, Inc. (the "Guarantors") in a case styled <u>Fifth Third Bank v. Alaedin & Majdi Investments, Inc.</u>, et al, Case No. 8:11-cv-2206, in the United States District Court Middle District of Florida (the "Lawsuit") to foreclose commercial real property, breach of note, and breach of guaranty among other counts.

    2.    On October 12, 2012, Borrower filed bankruptcy under Chapter 11 of the Code in a case styled <u>In Re Alaedin & Majdi Investments, Inc.</u>, Case No. 8:12-bk-15576, in the United States Bankruptcy Court, Middle District of Florida (the "Bankruptcy").

    3.    On February 20, 2013, this Court entered an Order granting Lender's Motion for Summary Judgment as to the Guarantors (none of whom had filed for bankruptcy protection) and thereafter entered a Judgment against Guarantors in the amount of $2,211,443.20 (the "Judgment").

4. On April 12, 2013, the parties entered into a Settlement Agreement in the Bankruptcy Court, which is attached hereto as Exhibit "A." (the "Settlement Agreement").

5. The Settlement Agreement was approved by the Bankruptcy Court. A copy of the Order is attached hereto as Exhibit "B."

6. On July 10, 2013, upon request of the parties in the Lawsuit, this Court dismissed all counts of the Lawsuit except Counts 2-5 (Count 2 being for breach of note and Counts 3-5 which were the subject of the Judgment against the Guarantors for breach of Guaranty).

7. The Settlement Agreement provides that the Bank will forbear from collecting on the aforementioned Judgment provided Borrower (now Debtor) and Guarantors make specified payments over a period of sixty (60) months as set forth in the Settlement Agreement, which payments will be completed on or before October 20, 2018.

8. If Borrower (Debtor) or Guarantors default, the Bank has the right to collect on the Judgment and ask this Court to enter a final judgment against Borrower (Debtor). See Section 7(d) of the Settlement Agreement attached as Exhibit "A."

Respectfully submitted by:

_____
E. ASHLEY MCRAE
Florida Bar Number 157317
Carey O'Malley Whitaker & Mueller, P.A.
712 South Oregon Avenue
Tampa, FL 33606-2543
Telephone: 813-250-0577
Facsimile: 813-250-9898
Attorneys for Lender

Dated this ___ day of July, 2014

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was transmitted to the Clerk of the Court for uploading to the Case Management/ Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to those parties who have consented to receiving electronic notices in this case.

Alaedin & Majdi Investments, Inc.
ATTN: Ala Falasiri
3105 W. Bay to Bay Blvd.
Tampa, FL 33629
*Debtor*

Office of the United States Trustee
501 East Polk Street, Suite 1200
Tampa, FL 33602

Alberto F. Gomez Jr., Esq.
Johnson, Pope, Bokor, Ruppel & Burns LLP
403 East Madison Street, Suite 400
Tampa, FL 33602
al@jpfirm.com
*Debtor's Attorney*

/s/ E. Ashley McRae
ATTORNEY